IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| HOLLY JO THOMPSON, ) | Case No.  CV-09-56-M-JCL |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| -vs- ) | |
| ) | |
| THE HUNTING SHACK, INC., ) | |
| BILL CAMPBELL, KATHERYN ) | |
| CAMPBELL, TRAVIS CAMPBELL, ) | |
| and NICOLAS SCHIELLE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

   IT IS HEREBY ORDERED that the Complaint and the Counterclaim in above-entitled case be, and the same is, hereby dismissed with prejudice, on grounds that the matter has been fully settled upon its merits with each of the parties to bear their own costs.

   DATED this 22nd day of February, 2010.

 /s/ Jeremiah C. Lynch
 Jeremiah C. Lynch
 United States Magistrate Judge